11/13/2018 Who is Kyrsten Sinema? Democrat Taking Jeff Flake's Arizona Senate Seat - Rolling Stone

Case 1:18-cv-02894-RCL   Document 1-2   Filed 12/10/18   Page 1 of 10



*Rolling Stone*

Subscribe

HOME > POLITICS > POLITICS NEWS                    NOVEMBER 13, 2018 1:07PM ET

# How Trump Accidentally Helped Democrat Kyrsten Sinema Flip Jeff Flake's Arizona Senate Seat

The president claimed he "retired" Jeff Flake. He — and the GOP — will regret it

*By* TESSA STUART



Dem. Kyrsten Sinema, D-Ariz. performs the coin toss before an NCAA college football game between Arizona State and Utah, in Tempe, Arizona, Nov. 3, 2018.
Rick Scuteri/AP/Shutterstock

Congresswoman **Kyrsten Sinema** has officially captured a Republican-held Senate seat in Arizona. Sinema, who at 41 is one of the youngest women ever elected to the Senate, will be the **first openly bisexual senator in U.S. history**. (She also happens to be the first Arizona Democrat elected to the Senate in over 30 years.) The results, which took almost a full week to tabulate, will come as a disappointment to the president, who bragged the day after the election when Republican **Martha McSally** was still leading that he personally "retired" Republican Sen. **Jeff Flake**.

ADVERTISEMENT
FROM OUR SPONSOR CONTENT BELOW



"In Jeff Flake's case it's me, pure and simple. I retired him. I'm very proud of it, I did the country a great service," Trump said during a press conference at the White House a day after the midterm elections. "He is retired. I'd like to call it another word, but we're going to treat him with great respect."

Democrats are likely thrilled with whatever help the president believes he offered. Not only did they figure out the path to victory in Arizona two years before a special election set to fill a second Senate seat, Democrats defended the Congressional seat Sinema vacated and flipped the one McSally gave up, too. And they did it by winning the hearts and minds of a large share of registered Republicans.

McSally and outside groups supporting her bid tried to paint Sinema as too extreme for Arizona, pointing to the former Green Party candidate's **protest of the Iraq war** — in a *pink tutu*, no less — and her remark, to a radio host in 2003, that **she wouldn't care if he joined the Taliban**. The gambit failed, hard: **Sinema peeled off 12 percent of Arizona's Republican voters** — the highest share of any Democratic Senator, save West Virginia's Joe Manchin.

Sinema seems well aware of the fact. In her victory speech, she paid tribute to the late Republican senator (and Trump critic) **John McCain**. "Senator McCain is irreplaceable, but his example will guide our next steps," Sinema told supporters Monday evening. "He taught us to assume the best in others, to seek compromise instead of sewing division, and to always put country ahead of party. As your Senator, that's exactly what I'll do."

Trump, who was reportedly disappointed that McSally refused to sow doubts about "fraud" in the days it took to count the outstanding ballots in Arizona, appears to have misjudged his sway with Arizona Republicans — as did Flake.

11/13/2018 Who Is Kyrsten Sinema? Democrat Taking Jeff Flake's Arizona Senate Seat – Rolling Stone

Case 1:18-cv-02894-RCL   Document 12   Filed 12/10/18   Page 3 of 10

ADVERTISEMENT

FROM OUR SPONSOR CONTENT BELOW

Flake announced he was retiring from the Senate back in October 2017, telling *Morning Joe* that his brand of conservatism just didn't appeal to enough Arizona Republicans. "The bottom line is if I were to run a campaign that I could be proud of and where I didn't have to cozy up to the president and his positions or his behavior, I could not win in a Republican primary," Flake said. "That's the bottom line."

**RELATED**



Judges Are Doing All They Can To Keep Brian Kemp From Stealing the Georgia Election

Reminder: North Korea Is Still Very Much a Nuclear Threat

Senator Jeff Flake On White House Behavior: We Can't Continue To R…

Case 1:18-cv-02894-RCL   Document 1-2   Filed 12/10/18   Page 4 of 10

But McSally, by far the most moderate of the candidates competing, won the Republican primary decisively. She earned roughly double the number of votes as her closest rival, tea party conspiracist Kelli Ward, and triple the number of votes of ex-felon and former Maricopa County Sheriff Joe Arpaio.

In This Article: Donald Trump, Jeff Flake, Kyrsten Sinema, Martha McSally

 Want more Rolling Stone? **Sign up for our newsletter.**   COMMENTS   1

**SPONSORED STORIES**   Recommended by



**[Gallery] Declassified Photos That Caused Major Controversy Throughout History**
Herald Weekly





**20 Photos of Young Donald Trump You've Never Seen Before**
Definition



**Your IQ Is At Least 129 If You Can Pass This**
Offbeat



**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet

**Sponsored Stories**

**Arizona Seniors: If You Don't Have Life Insurance You Better Read This** The Mortgage Savers

**54 Rare Historical Photos** History Daily

**[Gallery] Melania Trump Moments You Need To Take A Closer Look At** Daily Stuff

**Banned- 50 Vintage Ads You Won't See Anymore** History Daily

**Incredible new 2018 Luxury Sedans Will Blow You Away** Yahoo! Search

**Macy's Is Offering Unbelievable Prices on Shoes. Shop Now**
Macys.com

**More From Rolling Stone**

**What Happens When the Walls Finally Close in on Trump?**

**Kellyanne Conway Makes Truth-Bending Remarks About Altered Video**

**Who Really Practices Polyamory?**

**Sturgill Simpson's Conversation With Damien Echols: 8 Things We Learned**

**Stormy Daniels Considering Suing Columbus, Ohio Police Over July Arrest**

**Neil Young Blasts Trump Over California Wildfires Tweet: 'That's What Climate Change Looks Like'**

Recommended by

11/13/2018 Who Is Kyrsten Sinema? Democrat Taking Jeff Flake's Arizona Senate Seat – Rolling Stone

Case 1:18-cv-02894-RCL Document 1-2 Filed 12/10/18 Page 5 of 10

# Trending



**1** How Trump Accidentally Helped Democrat Kyrsten Sinema Flip Jeff Flake's Arizona Senate Seat

**2** 'Game of Thrones' Details Final Season Premiere

**3** What Happens When the Walls Finally Close in on Trump?

**4** Lorde Accuses Kanye West & Kid Cudi of Stealing Glass Box Stage Design

**5** Inside the El Chapo Trial Jury Selection

ADVERTISEMENT

Case 1:18-cv-02894-RCL   Document 1-2   Filed 12/10/18   Page 6 of 10

## EDITORS' PICKS



**MOVIE FEATURES**
Zoe Kravitz: American Woman



**CULTURE LISTS**
The Millennial 100



**POLITICS FEATURES**
The Health Department's Christian Crusade

11/13/2018 Who Is Kyrsten Sinema? Democrat Taking Jeff Flake's Arizona Senate Seat - Rolling Stone

Case 1:18-cv-02894-RCL Document 1-2 Filed 12/10/18 Page 7 of 10




**Sponsored Stories** by

**Special Program Pays To Renovate Your Home If You Live In Arizona**

by The Mortgage Savers



11/13/2018 Who Is Kyrsten Sinema? Democrat Taking Jeff Flake's Arizona Senate Seat – Rolling Stone

Case 1:18-cv-02894-RCL   Document 1-2   Filed 12/10/18   Page 8 of 10



Glasses-Wearers Are Going Crazy Over This Website

by GlassesUSA



Do You Recognize These 8 Faces? They All Had Schizophrenia

by WebMD



Say Goodnight to Back Pain with These Game-Changing Adjustable Beds

by Faqeo



ADVERTISEMENT

# Newswire

POWERED BY PMC

### HollywoodLife
**Charlotte McKinney X Wolf & Whistle — Pics**
4 hours ago

11/13/2018 Who's Kyrsten Sinema? Democrat Taking Jeff Flake's Arizona Senate Seat – Rolling Stone

Case 1:18-cv-02894-RCL   Document 1-2   Filed 12/10/18   Page 9 of 10

**WWD**

**Judge Appoints Mediator to Resolve Nine West Disputes**

5 hours ago

**Deadline**

**Paramount Players Acquires 'Unboxing' From 'Ice Age' Scribe Jim Hecht**

5 hours ago

**Indiewire**

**Penske Media Acquires Leading Art Publications ARTnews & Art in America**

4 hours ago

**GoldDerby**

**Pound for pound, heavyweights Viggo Mortensen or Christian Bale could knock Bradley Cooper out of the Best Actor ring**

5 hours ago

Rolling Stone

Legal

Connect With Us

Get The Magazine



© Copyright 2018 Rolling Stone, LLC, a subsidiary of Penske Business Media, LLC.
Powered by WordPress.com VIP

Our Brands