**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:18-cv-002894-RCL |
| JEFF ZUCKER, CHRIS CUOMO, CABLE NEWS NETWORK, INC., KEVIN ROBILLARD, HUFFINGTON POST, TESSA STUART and ROLLING STONE, | * |
| Defendants. | * |

* * * * * * * * * * * * * *

**STIPULATION AND JOINT REQUEST TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS IN RESPONSE TO ANTICIPATED DEFENSE MOTIONS**

Defendants Jeff Zucker, Chris Cuomo, Cable News Network, Inc., Kevin Robillard, Huffington Post, Tessa Stuart, and Rolling Stone (collectively, "Defendants") together with Plaintiff Joseph Michael Arpaio submit the following stipulation and joint request to extend the deadlines for filing opposition and reply briefs in response to anticipated defense motions in this matter.

The current deadline for all Defendants to respond to Plaintiff's Complaint is March 15, 2019, and Defendants anticipate filing motions as responsive pleadings on or before that date. In the interest of all parties' schedules and in order to give adequate time to respond in opposition to and in support of the motions, the parties jointly request that the deadlines be extended as follows:

- Oppositions to Defendants' motions would be due April 15, 2019; and
- Replies in support of Defendants' motions would be due April 29, 2019.

The parties respectfully request that the Court issue an order approving this stipulation and joint request, and adopt the parties' proposed extended briefing schedule.

Respectfully submitted,

Dated: March 11, 2019

/s/ Larry E. Klayman
Larry E. Klayman
**KLAYMAN LAW GROUP, P.A.**
202 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (310) 595-0800
Facsimile: (202) 379-9289
leklayman@gmail.com

*Attorneys for Plaintiff Joseph Michael Arpaio*

/s/ Stephen J. Fuzesi
Stephen J. Fuzesi (DC Bar No. 496723)
Kevin Taylor Baine (DC Bar No. 238600)
Nicholas G. Gamse (DC Bar No. 1018297)
**WILLIAMS & CONNOLLY LLP**
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018
sfuzesi@wc.com
kbaine@wc.com
ngamse@wc.com

*Attorneys for Defendants*
*Jeff Zucker, Chris Cuomo, and Cable News Network, Inc.*

/s/ Jean-Paul Jassy
Jean-Paul Jassy (admitted *Pro Hac Vice*)
William T. Um (admitted *Pro Hac Vice*)
Elizabeth H. Baldridge (admitted *Pro Hac Vice*)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com

wum@jassyvick.com
ebaldridge@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
**SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants*
*Huffington Post and Kevin Robillard*

_____
Alison Schary (Bar No. 1014050)
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara (admitted *Pro Hac Vice*)
Rachel F. Strom (admitted *Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230

*Attorneys for Defendants*
*Tessa Stuart & Rolling Stone*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, a copy of the foregoing Stipulation and Joint Request to Extend the Deadlines for Filing Opposition and Reply Briefs in Response to Anticipated Defense Motions was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:


Larry E. Klayman
**KLAYMAN LAW GROUP, P.A.**
202 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (310) 595-0800
Facsimile: (202) 379-9289
leklayman@gmail.com

*Attorneys for Plaintiff Joseph Michael Arpaio*

Stephen J. Fuzesi (DC Bar No. 496723)
Kevin Taylor Baine (DC Bar No. 238600)
Nicholas G. Gamse (DC Bar No. 1018297)
**WILLIAMS & CONNOLLY LLP**
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018
sfuzesi@wc.com
kbaine@wc.com
ngamse@wc.com

 *Attorneys for Defendants*
*Jeff Zucker, Chris Cuomo, and Cable News Network, Inc.*

Alison Schary (DC Bar No. 1014050)
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara (admitted *Pro Hac Vice*)
Rachel F. Strom (admitted *Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230

*Attorneys for Defendants*
*Tessa Stuart & Rolling Stone*

    /s/ Jean-Paul Jassy
Jean-Paul Jassy (admitted *Pro Hac Vice*)
William T. Um (admitted *Pro Hac Vice*)
Elizabeth H. Baldridge (admitted *Pro Hac Vice*)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
**SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants*
*Huffington Post and Kevin Robillard*