# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MICHAEL ARPAIO**, <br><br>    **Plaintiff**, <br><br> v. <br><br> **JEFF ZUCKER, CHRIS CUOMO, CABLE NEWS NETWORK, INC., KEVIN ROBILLARD, HUFFINGTON POST, TESSA STUART and ROLLING STONE**, <br><br>    **Defendants**. | **Civil Action No. 1:18-cv-002894 (RCL)** |

## REQUEST FOR STATUS CONFERENCE

Plaintiff Joseph Michael Arpaio ("Plaintiff Sheriff Arpaio") respectfully requests a status conference to discuss republication by various media of the defamatory statements originally published by the Defendants. At the status conference, should the court have any additional question concerning the facts and law, the parties can respond accordingly. Plaintiff's counsel will be in town representing Dr. Jerome Corsi, Person 1 in the indictment of Roger Stone, at the criminal prosecution of Roger Stone between November 4 and approximately November 18 and is available to appear before the Court at the Court's convenience.

Dated: October 14, 2019                          Respectfully submitted,

                                                  */s/ Larry Klayman*
                                                  Larry Klayman, Esq.
                                                  D.C. Bar No. 334581
                                                  Chairman and General Counsel
                                                  FREEDOM WATCH, INC.
                                                  2020 Pennsylvania Ave. N.W.
                                                  Suite 345
                                                  Washington, DC 20006
                                                  Tel: (561) 558-5336
                                                  Email: leklayman@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July 2019, a true and copy of the foregoing was filed and served by electronic filing upon all counsel listed on the Notice of Electronic Filing.

*/s/ Larry Klayman*
Larry Klayman