IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH MICHAEL ARPAIO**, <br><br>    **Plaintiff**, <br><br> v. <br><br> **JEFF ZUCKER, CHRIS CUOMO, CABLE NEWS NETWORK, INC., KEVIN ROBILLARD, HUFFINGTON POST, TESSA STUART and ROLLING STONE**, <br><br>    **Defendants**. | Civil Action No. 1:18-cv-002894 <br> (RCL) |

## SUPPLEMENT TO REQUEST FOR STATUS CONFERENCE

Plaintiff Sheriff Joe Arpaio, supplements his Request for Status Conference at the Court's convenience between November 4 and November 19, 2019 with an example of showing that Defendants original defamation is being republished by other media, underscoring the continuing and compounded damage to Plaintiff. Exhibit 1.

Dated: October 16, 2019                              Respectfully submitted,

                                                                                      */s/ Larry Klayman*
                                                                                       Larry Klayman, Esq.
                                                                                       D.C. Bar No. 334581
                                                                                       Chairman and General Counsel
                                                                                       FREEDOM WATCH, INC.
                                                                                       2020 Pennsylvania Ave. N.W.
                                                                                       Suite 345
                                                                                       Washington, DC 20006
                                                                                       Tel: (561) 558-5336
                                                                                       Email: leklayman@gmail.com

                                                                                       *Attorney for Plaintiff*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 16th day of October 2019, a true and copy of the foregoing was filed and served by electronic filing upon all counsel listed on the Notice of Electronic Filing.

*/s/ Larry Klayman*
Larry Klayman
