## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH MICHAEL ARPAIO,

               Plaintiff,

     v.

JEFF ZUCKER, CHRIS CUOMO, CABLE NEWS NETWORK, INC., KEVIN ROBILLARD, HUFFINGTON POST, TESSA STUART, and ROLLING STONE,

               Defendants.

Civil Action No.
1:18-cv-02894-RCL

## OPPOSITION TO PLAINTIFF'S MOTION FOR STATUS CONFERENCE

Defendants oppose Plaintiff's motion for a status conference. There is no need for a status conference. Defendants' motions to dismiss have been fully briefed and argued. Further, Plaintiff failed to comply with Local Rule 7(m) by not conferring with Defendants prior to filing his motion. Nor is Plaintiff's "Notice of Supplement" relevant to the pending motions to dismiss. He appears to merely be pointing out that an article in another publication that is unaffiliated with Defendants, the *Arizona Republic*, separately referred to Plaintiff's conviction as a felony.

Dated: October 21, 2019

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Stephen J. Fuzesi
Kevin T. Baine
Stephen J. Fuzesi
Nicholas G. Gamse
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfuzesi@wc.com

*Attorneys for Defendants Jeff Zucker, Chris Cuomo, and Cable News Network, Inc.*

DAVIS WRIGHT TREMAINE LLP

By: /s/ Alison Schary
Alison Schary
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
Rachel Strom (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
lizmcnamara@dwt.com

*Attorneys for Defendants Rolling Stone LLC and Tessa Stuart*

JASSY VICK CAROLAN LLP
By: /s/ Jean-Paul Jassy
Jean-Paul Jassy (*pro hac vice*)
William T. Um (*pro hac vice*)
Elizabeth H. Baldridge (*pro hac vice*)
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile:  (310) 870-7010
jpjassy@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
SHAPIRO, LIFSCHITZ & SCHRAM P.C.
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants Huffington Post and Kevin Robillard*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, a copy of the foregoing was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated:  October 21, 2019                    By:  /s/ Nicholas G. Gamse
                                                 Nicholas G. Gamse