UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 18-2894 (RCL) |
| JEFF ZUCKER, *et al.*, | ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court **GRANTS** defendants' motions [30, 34, 36] to dismiss pursuant to Rule 12(b)(6), dismissing this case with prejudice. The Court further **DENIES** defendants' motions [31, 35, 37] to dismiss pursuant to the D.C. Anti-SLAPP Act. Finally, the Court **DENIES** all other pending motions [29, 32, 52] as moot.

It is **SO ORDERED**.

Date: October 31, 2019

Royce C. Lamberth
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO,        )<br>                              )<br>     Plaintiff,               )<br>                              )<br>     v.                       )   Civil No. 18-2894 (RCL)<br>                              )<br>JEFF ZUCKER, *et al.*,         )<br>                              )<br>     Defendants.              )<br>                              ) | |

## JUDGMENT

The Court enters judgment for the defendants, dismissing this case with prejudice.

Date:   October 31, 2019

Royce C. Lamberth
United States District Judge